Maura C. Fahey, OSB No. 133549
maura@crag.org - (503) 525-2722
Christopher G. Winter, OSB No. 984355
chris@crag.org - (503) 525-2725
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Fax: (503) 296-5454

*Attorneys for Plaintiff Rogue Advocates*

David B. Paradis, OSB No. 853016
Mark R. Weaver, OCB No. 964530
BROPHY SCHMOR LLP
West Main Street, 5th Floor
Box 128, Medford, OR 97501
Email: dparadis@brophylegal.com
       mweaver@brophylegal.com
Tel: (541) 772-7123
Fax: (541) 772-7249

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **ROGUE ADVOCATES,** an Oregon nonprofit membership corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MOUNTAIN VIEW PAVING, INC,** an Oregon corporation,<br><br>Defendant. | **Case No.:** 1:15-cv-1854-CL<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1

The Parties agree and stipulate as follows:

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice and without award of costs or attorney fees to either party.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED.

_____
MARK D. CLARKE
United States Magistrate Judge


IT IS SO STIPULATED this 12 day of April, 2017.


s/ Maura C. Fahey
Maura C. Fahey, OSB # 133549
Email: maura@crag.org
Christopher Winder, OSB # 984355
Email: chris@crag.org
CRAG LAW CENTER
917 SW Oak Street, Suite 417
Portland, OR 97205
Or Attorneys for Plaintiff

s/ David B. Paradis
David B. Paradis, OSB # 853016
Email: dparadis@brophylegal.com
Mark R. Weaver, OSB # 964530
Email: mweaver@brohpylegal.com
BROHPY SCHMOR LLP
201 West Main, Fifth Floor
P.O. Box 128
Medford, OR 97501
Of Attorneys for Defendant